UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LARRY L. JORDAN,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 08-cv-175-JPG

# JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Larry L. Jordan's **petition for a writ of *habeas corpus*/motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255** is denied, that judgment is entered in favor of respondent United States of America and against petitioner Larry L. Jordan, and that this case is dismissed with prejudice.

**DATED: June 10, 2009**　　　　　　　　　　**JUSTINE FLANAGAN, Acting Clerk**

　　　　　　　　　　　　　　　　　　　　　　　　**By: Deborah Agans, Deputy Clerk**

**Approved:**　　s/ J. Phil Gilbert
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**